# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

DANNY MERLE BOUZIDEN, )
)
        Petitioner, )
)
vs. ) Case No. CIV-10-1140-M
)
MIKE ADDISON, Warden, )
)
        Respondent. )

## ORDER

On February 10, 2011, United States Magistrate Judge Doyle W. Argo issued a Report and Recommendation in this action brought pursuant to 28 U.S.C. § 2254, seeking a writ of habeas corpus. The Magistrate Judge recommended that respondent's motion to dismiss be granted and the petition be dismissed as untimely. Petitioner was advised of his right to object to the Report and Recommendation by March 2, 2011. On February 25, 2011, petitioner filed his objection.

Having carefully reviewed this matter de novo, the Court:

(1) ADOPTS the Report and Recommendation issued by the Magistrate Judge on February 10, 2011;

(2) GRANTS respondent's motion to dismiss [docket no. 10], and

(3) DISMISSES the petition for a writ of habeas corpus as untimely.

**IT IS SO ORDERED this 1st day of March, 2011.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE